UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:19 CR 63 AGF (NAB) |
| DEAN ALLEN McBAINE, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with Possession a Destructive Device that was not Registered in violation of Title 26, U.S.C. §5861(d).

2. Defendant is charged with an offense for which a maximum 10-year imprisonment is prescribed under Title 26.

3. Defendant is a danger to the community.

Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

> JEFFREY B. JENSEN
> United States Attorney
>
> */s/ John T Davis*
> JOHN T DAVIS, #40915MO
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on  February 6, 2019 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

> *s/ John T Davis*
> Assistant United States Attorney