## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
(ST. LOUIS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:19 CR 63 AGF |
| | ) |
| DEAN ALLEN McBAINE, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S RESPONSE IN OPPOSITION TO GOVERNMENT'S NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO FED. R. EVID. 404(b)

COMES NOW Defendant Dean Allen McBaine, by and through his counsel, Patrick S. Kilgore, and respectfully submits this Response In Opposition to the Government's Notice of Intent to Seek Admission of Evidence Pursuant to Fed. R. Evid. 404(b).

The government seeks to admit at trial evidence of allegations and suggestions of other bad acts related to a domestic incident between the Defendant and his wife on August 16, 2018. This evidence is not relevant to the charged offenses, is not admissible under Rule 404(b), and should be excluded as more prejudicial than probative under Federal Rule of Evidence 403. For the above reasons, and for the reasons set forth below, the Court should deny the Government's Motion.

### BACKGROUND

Defendant McBaine is charged with one count of knowingly possessing a destructive device that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), This charge stems from an explosion in his ex-wife Kathryn Motes' driveway that destroyed her vehicle on September 2, 2018.

The government seeks to introduce at trial the following evidence:

- Testimony of Defendant's estranged wife, Cassie McBaine.

- Testimony from Cassie McBaine that on August 16, 2018 the Defendant threw a television at her and their 2 year old child in common.

- Testimony from Cassie McBaine that the Defendant on August 16, 2018 angrily discharged a firearm into the ceiling of their bedroom.

- Testimony from Cassie McBaine that the bullets fired on August 16, 2018 lodged into the wall of an upstairs bedroom when Ethan McBaine, the 13 year old son of the Defendant and his ex-wife, was sleeping.

## ARGUMENT

In order to be admissible under Rule 404(b), evidence must pass a four prong test: (1) relevant to a material issue; (2) proved by a preponderance of the evidence; (3) higher in probative value than in prejudicial effect; and (4) similar in kind and close in time to the crime charged." *United States v. Vieth,* 397 F.3d 615, 617-18 (8th Cir. 2005). The testimony of Cassie McBaine fails all four prongs.

The Government argues it seeks to introduce the testimony of Cassie McBaine and the evidence of the August 16, 2018 domestic incident as it asserts it is "inextricably intertwined with the charged crime" and as it shows motive.   Specifically, the Government argues that without Cassie McBaine's testimony, the jury would be left to wonder why the Defendant would drive from Jefferson City to St. Louis to detonate an unregistered explosive device under Kathryn Motes' automobile and further argues that the admission of her testimony gives a total picture or complete story of the charged crime.

Defendant argues that that the Government can explain motive and present the jury with a total picture exclusively through Kathryn Motes' testimony.  Motes can testify that she picked up Ethan McBaine from the Defendant in August and obtained a restraining order barring Defendant McBaine from contacting them at that time.  She can also testify that she stopped awarding construction jobs to the Defendant on or about that time.  Cassie McBaine's testimony regarding an estranged marriage, a domestic incident, a thrown TV and shots fired is irrelevant, not proven, prejudicial and not similar in kind or close in time to the instant offense.

WHEREFORE, for the foregoing reasons, the Court should deny the Government's Motion and exclude the use of the proposed Rule 404(b) evidence and the testimony of Cassie McBaine.

Respectfully submitted,

By:   /S/ *Patrick S. Kilgore*
PATRICK S. KILGORE, #44150MO
Attorney for Defendant
1015 Locust Street, Suite 914
St. Louis, Missouri 63101
(314)621-1800/Facsimile 621-4222

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John Davis, United States Attorneys Office.

/S/ Kristy L. Ridings